IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOLY CAMARA<br>*Individually, on Behalf of All Others Similarly Situated, and on Behalf of the General Public of the District of Columbia*,<br><br>    Plaintiff,<br><br>  v.<br><br>MASTRO'S RESTAURANTS LLC,<br><br>    Defendant. | Civil Action No. 1:18-cv-724 (GMH) |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

Named Plaintiff Koly Camara and Opt-In Plaintiffs Stacy Amaio, Jose Arias, Robert Arntson, Justin Bahrs, Timothy Ballard, Caroline Basciani, Wen Ling Blom, Cody Burleson, Brian DeBarberie, Michael DiPierro, Thea Dyson, Shawn Feeney, Valon Gjonbalaj, Juan V. Gomez, Kilton Gora, Kimberly Greenberg, Kelsey Halcik, Carolyn N. Horvath, Shawn Iwamasa, Justin M. Johns, Brittani Kooper, Habib Kuncar, Deanna Leopard, Randy Liebler, Ronald P. Menin, Scott Marshall, Craig McFarland, Tara Merdjanoff, Mourtazo Moukhammad, Mwiti Murithi, Brian J. Murphy, Patricia Nguyen, Michael O'Connell, Clara Owino, Daniel Pena, Amanda Persons, Milan Radmanovic, Jeffery Roer, Steve Savino, Mary Still, David M. Trusiewicz, Cory Warfield, Gerald Wilson, Antonio Zanon, and Seth Zarkin (collectively, "Plaintiffs") respectfully submit the following Unopposed Motion for Approval of Settlement. For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion and the accompanying exhibits, Plaintiffs respectfully request that the Court enter an order:

  1. Vacating Docket Entry 61 as a condition of settlement with respect to Plaintiffs

1

Stacy Amaio, Jose Arias, Robert Arntson, Justin Bahrs, Timothy Ballard, Wen Ling Blom, Cody Burleson, Michael DiPierro, Shawn Feeney, Valon Gjonbalaj, Kilton Gora, Kimberly Greenberg, Kelsey Halcik, Habib Kuncar, Randy Liebler, Craig McFarland, Mwiti Murithi, Mourtazo Moukhammad, Patricia Nguyen, Michael O'Connell, Clara Owino, Daniel Pena, Milan Radmanovic, Jeffery Roer, Steve Savino, Mary Still, Cory Warfield, Gerald Wilson, Antonio Zanon, and Scott Marshall such that these Plaintiffs are deemed, *nunc pro tunc*, to have never withdrawn their claims from this Court.

2. Approving the settlement set forth in the Settlement Agreement and directing the consummation of the Settlement Agreement's terms and provisions;

3. Approving a service award to Named Plaintiff Koly Camara in the amount of $7,500;

4. Approving Plaintiffs' request for payment of out-of-pocket costs and payment of attorneys' fees in the total amount of $332,375.00;

5. Finding that Plaintiffs have released, and are barred and permanently enjoined from prosecuting, commencing or continuing any and all Released Claims as set forth in the Settlement Agreement against Releasees as defined in the Agreement;

6. Finding that the Court retains jurisdiction over the claims alleged and the Parties in the Lawsuit to implement and supervise the Parties' Agreement and enforce the terms of this settlement; and

7. Dismissing this action with prejudice.

Dated: June 21, 2021

                                                Respectfully submitted,

                                                */s/ Jason S. Rathod*
                                                Nicholas A. Migliaccio, Esq. (D.C. Bar No.484366)

Jason S. Rathod, Esq. (D.C. Bar No. 100082)
**MIGLIACCIO & RATHOD LLP**
412 H St., NE
Suite 302
Washington, DC 20002
(202) 470-3520 (Tel.)
(202) 800-2730 (Fax)
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

R. Andrew Santillo, Esq. (admitted *pro hac vice*)
**WINEBRAKE & SANTILLO, LLC**
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491 (Tel.)
(215) 884-2492 (Fax)
asantillo@winebrakelaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 21, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

By:  */s/ Jason S. Rathod*