UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**KOLY CAMARA**
*Individually, on Behalf of All Other Similarly Situation, and on Behalf of the General Public of the District of Columbia,*

**Plaintiff,**

v.

**MASTRO'S RESTAURANTS LLC,**

**Defendant.**

Case No. 18-cv-724 (GMH)

## ORDER

This matter has been referred to the undersigned for all purposes by consent of the parties. On June 21, 2021, Plaintiffs filed an Unopposed Motion for Settlement Approval (ECF No. 71), which is memorialized in the Settlement Agreement between Named Plaintiff Koly Camara and the opt-ins and Defendant Mastro's Restaurants LLC ("Mastro's"). Upon consideration of Plaintiffs' motion, and the supporting exhibits, the Court finds that the Settlement Agreement is fair and reasonable, resolves a bona fide dispute between the parties, and that it was negotiated and entered into at arms-length and in good faith. *Meyer v. Panera Bread Co.*, No. 17-cv-2565, 2019 WL 11271381, at *5–6 (D.D.C. March 6, 2019) (discussing standard for approval of FLSA settlement agreements), *report and recommendation adopted*, 2019 WL 11271378 (D.D.C. May 29, 2019). Accordingly, the Court hereby **FINDS** and **ORDERS** the following:

1. Plaintiffs' Unopposed Motion for Settlement Approval is **GRANTED**.

2. As a condition of settlement, Docket Entry 61 is **VACATED** with respect to Plaintiffs Stacy Amaio, Jose Arias, Robert Arntson, Justin Bahrs, Timothy Ballard, Wen Ling Blom, Cody Burleson, Michael DiPierro, Shawn Feeney, Valon Gjonbalaj,

>Kilton Gora, Kimberly Greenberg, Kelsey Halcik, Habib Kuncar, Randy Liebler, Craig McFarland, Mwiti Murithi, Mourtazo Moukhammad, Patricia Nguyen, Michael O'Connell, Clara Owino, Daniel Pena, Milan Radmanovic, Jeffery Roer, Steve Savino, Mary Still, Cory Warfield, Gerald Wilson, Antonio Zanon, and Scott Marshall. These Plaintiffs are deemed, *nunc pro tunc*, to have never withdrawn their claims from this Court. The other Plaintiffs subject to the settlement—who did not withdraw their claims and have remained opt-ins—are Koly Camara, Deanna Leopard, Tara Merdjanoff, Seth Zarkin, Amanda Persons, Caroline Basciani, Thea Dyson, Shawn Iwamasa, Brian J. Murphy, David M. Trusiewicz, Juan V. Gomez, Carolyn N. Horvath, Brittani Kooper, Brian DeBarberie, Ronald P. Menin, and Justin M. Johns.

3. The Service Award of $7,500 to Plaintiff Koly Camara is approved.

4. Plaintiffs' counsel's request for payment of out-of-pocket costs and payment of attorney's fees in the total amount of $332,375.00 is approved

5. Pursuant to the Settlement Agreement, Plaintiffs release, and are barred and permanently enjoined from prosecuting, commencing, or continuing any and all Released Claims, as set forth in the Settlement Agreement against Releasees, as defined in the Settlement Agreement.

6. This action is **DISMISSED WITH PREJUDICE**.

7. The Court retains jurisdiction over the claims alleged and the parties in this lawsuit to implement and supervise the Settlement Agreement and enforce the terms of the Settlement Agreement.

**SO ORDERED.**

Date: June 23, 2021

_____
G. Michael Harvey
United States Magistrate Judge